■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE HENDREE, Appellant.— Upon reargument, order of affirmance of the judgment of conviction, rendered June 9, 1966, vacated, and judgment of conviction unanimously reversed, on the law, and a new trial ordered on the authority of *People* v. *Malave* (21 N Y 2d 26). The trial court committed reversible error in refusing to charge on the counts of unlawful possession of narcotic drugs. Concur — Stevens, J. P., Eager, Steuer, Rabin and McGivern, JJ.

■ MARY L. WEITZ, Respondent, v. LOUIS WEITZ, Appellant.— Order entered November 28, 1967, unanimously modified, on the law and the facts and in the exercise of discretion, and the amount awarded plaintiff for her temporary support and maintenance and that of the infant child is reduced to the sum of $400 each week, and the sum awarded for plaintiff's counsel fees is reduced to the sum of $5,000, without prejudice to an application before the trial court for an additional allowance, and otherwise affirmed, without costs or disbursements to either party. The defendant's cross motion for summary judgment was properly denied. In the circumstances the defense should be subjected to the trial process, at which time the court can also determine the question of plaintiff's entitlement to the protection of section 236 of the Domestic Relations Law, which is a factual issue bearing upon her good faith. Order entered December 12, 1967, granting plaintiff's motion to examine defendant before trial with respect to the complete defense in the answer unanimously affirmed, without costs or disbursements to either party as against the other. As indicated in the order plaintiff's examination of the defendant shall be sharply limited to the matters set forth in paragraph 25 of the answer. Concur — Botein, P. J., Eager, Capozzoli, Tilzer and McGivern, JJ.

■ MABEL JOY, Appellant, v. CHASE MANHATTAN BANK et al., Respondents.— Order, entered November 30, 1964, setting aside verdict in favor of plaintiff against defendant Masol Realty Corporation, directing a new trial as to said defendant and directing dismissal of the complaint as against the codefendents enumerated therein, unanimously affirmed, with $50 costs and disbursements as between plaintiff and defendant Masol Realty Corporation to abide the event, and without costs and disbursements as to that part of the appeal directed against codefendants. Concur — Botein, P. J., Eager, Capozzoli, Tilzer and McGivern, JJ.

■ In the Matter of SHEILA TCHOLAKIAN, Respondent, v. HAROUTIUN A. TCHOLAKIAN, Appellant.— Orders of Family Court, respectively entered April 28, 1967, July 24, 1967, September 13, 1967 and September 20, 1967, unanimously affirmed, with $50 costs and disbursements to petitioner-respondent. The incidental determination by the Family Court that the Mexcan divorce decree is invalid is not *res judicata* in the action pending between the parties in the Supreme Court (*Loomis* v. *Loomis*, 288 N. Y. 222), and the instant disposition is without prejudice to the maintenance of that action. Concur — Botein, P. J., Steuer, Capozzoli, McGivern and McNally, JJ.